<␋AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

FILED
U.S. DISTRICT COURT
BRU... DIV.

2008 MAR 12  A 9

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Tyrone Butler | ) | Case No: CR294-00053-005 |
| | ) | USM No: 08664-021 |
| Date of Previous Judgment: May 19, 1995 | ) | Ronald E. Harrison II |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __290__ months **is reduced to** __time served__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 36                           Amended Offense Level: 34
Criminal History Category: III                       Criminal History Category: III
Previous Guideline Range: 235 to 293 months          Amended Guideline Range: 188 to 235 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __May 19, 1995,__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: March 12, 2008                                       _____
                                                                  Judge's signature

Effective Date: March 22, 2008                                   Judge, U.S. District Court
            (if different from order date)                        Printed name and title